# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *     CRIM. NO. 19-811 |
| | * |
| Andre Mims, Freddie Mims and Kasimu S | * |
| | * |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR MOTION ARGUMENT

In accordance with the operative COVID-19 standing orders, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

☑ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

. Delay in scheduling in-person court appearances and 2. consent of all defendants.

Accordingly, the proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

Date:  March 2, 2022

*[signature]*

Honorable Brian Martinotti
United States District Judge